# Exhibit 1



# United States of America
### United States Patent and Trademark Office

# OH! MEXICO

| | |
|---|---|
| **Reg. No. 4,939,569** | VIDA Y ESTILO CORP. (FLORIDA CORPORATION) |
| **Registered Apr. 19, 2016** | 410 ESPANOLA WAY<br>MIAMI BEACH, FL 33139 |
| **Int. Cl.: 43** | FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101). |
| **SERVICE MARK** | FIRST USE 10-1-1998; IN COMMERCE 10-1-1998. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SEC. 2(F). |
| | SER. NO. 86-686,271, FILED 7-8-2015. |
| | KATHY WANG, EXAMINING ATTORNEY |



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,940,724**  
**Registered Apr. 19, 2016**

**Int. Cl.: 43**

**COLLECTIVE SERVICE MARK**

**PRINCIPAL REGISTER**

VIDA Y ESTILO, CORP. (FLORIDA CORPORATION)  
410 ESPANOLA WAY  
MIAMI BEACH, FL 33139

FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 9-30-2014; IN COMMERCE 9-30-2014.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MEXICAN FOOD" AND "1997", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "OH! MEXICO" IN A BOLD STYLIZED FONT IN UPPER CASE BETWEEN TWO DOTS, AND PRESENTED IN AN ARCHED FORMAT. AN EXCLAMATION MARK TO THE RIGHT OF THE WORD "OH". THE IMAGE OF AN AGAVE PLANT BELOW "OH! MEXICO". A HORIZONTAL LINE BELOW THE AGAVE PLANT. THE WORDS "MEXICAN FOOD" IN A BOLD STYLIZED FONT IN UPPER CASE BELOW THE HORIZONTAL LINE. A HORIZONTAL LINE WITH FLOWERED ORNAMENTS BELOW THE WORDS "MEXICAN FOOD". THE NUMBERS "1997" BETWEEN TWO HYPHENS AND BELOW THE LINE WITH FLOWERED ORNAMENTS.

SEC. 2(F) AS TO "OH! MEXICO".

SER. NO. 86-699,871, FILED 7-21-2015.

KATHY WANG, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office