**Exhibit "2"**

*Sanchelima & Associates, P.A.*
*Attorneys at Law*                                                      Patent, Trademark & Copyright Law

Jay Sanchelima, Reg. Patent Attorney                  Tel: 305-447-1617
Chris. J. Sanchelima, Reg. Patent Attorney             Fax: 305-445-8484
                                                                                     chris@sanchelima.com
                                                                                     www.sanchelima.com

August 12, 2019

**VIA USPS FIRST CLASS MAIL**

Oh! México Bar & Grill
492 Jimmy Deloach Pkwy
Suite 103
Savannah, GA 31407

Re:  **Infringement of OH! MEXICO**

To whom it may concern:

The undersigned firm has been retained by Vida y Estilo Corp., a Florida corporation, the owner of the trademark for OH! MEXICO (U.S. Registration No. 4,939,569).  It has recently come to our attention that you may be offering whether intentionally or unintentionally, a counterfeit or false version of our client's restaurant services, which our client has registered under the name OH! MEXICO in the United States.  Our client filed for the mark OH! MEXICO on July 8, 2015 and has been using the mark in commerce since October 1st, 1998.  See Exhibit "A".  Your mark OH! MÉXICO BAR & GRILL is substantially similar and indistinguishable.

      Please be advised that your sale and/or direct or indirect involvement with the above-referenced restaurant services under the name OH! MÉXICO BAR & GRILL may constitute, among other things, counterfeiting and infringement under Section 32 of the Lanham Act, 15 U.S.C. § 1114 *et seq.,* False Designation of Origin under § 43(a) of the Lanham Act, 56 U.SC. § 1125(a), dilution of our client's intellectual property rights, unfair competition and deceptive trade practices under state and federal law.  Your actions have damages and, unless stopped <u>immediately</u>, will continue to cause irreparable damage to our client and its goodwill and reputation among the trade and consuming public.  In light of the foregoing, you may be exposed to liability for substantial monetary damages and lost profits.  The penalties of such activity may include injunctive relief, actual damages, treble or statutory damages under 15 U.S.C. § 1117(c)(2).  In addition, in the event your conduct is found to be **malicious, fraudulent, deliberate, and willful** the undersigned counsel will seek costs and attorney's fees pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).

   This matter is of serious concern to our client.  Accordingly, the undersigned counsel has been instructed to demand that you, your company and all agents, representatives, distributors, licenses, affiliates, and all others directly involved with your company's restaurant services using the infringing OH! MÉXICO BAR & GRILL name hereby **immediately cease and desist** from any and all future sales of restaurant services bearing marks substantially indistinguishable or identical to our client's intellectual property.

   In view of the urgency of this serious matter, we require your written confirmation that you and your company has ceased its infringement of OH! MÉXICO BAR & GRILL, as well as your full compliance with the demands stated in this letter, by no later than August 19th, 2019.  If we do not hear from you by the date stated above, our client is prepared to take immediate action to protect its valuable rights, including by not limited to the filing of an action in Federal Court seeking damages, punitive damages, attorney's fees and costs, to the extent available under federal and state law.

   This letter does not constitute an exhaustive statement of our client's position, nor does it constitute a waiver or limitation of any legal or equitable rights of our client, all of which are expressly reserved.

   If you have any further questions, you may call the number above to reach undersigned counsel.

            Sincerely,

By: _____
Christian J. Sanchelima, Esq.
Sanchelima & Associates, P.A.
235 SW 42 Ave,
Miami, FL 33134
chris@sanchelima.com
305-447-1617

# Exhibit A



# OH! MEXICO

| | |
|---|---|
| **Reg. No. 4,939,569** | VIDA Y ESTILO CORP. (FLORIDA CORPORATION) |
| | 410 ESPANOLA WAY |
| **Registered Apr. 19, 2016** | MIAMI BEACH, FL 33139 |
| **Int. Cl.: 43** | FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101). |
| | FIRST USE 10-1-1998; IN COMMERCE 10-1-1998. |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SEC. 2(F). |
| | SER. NO. 86-686,271, FILED 7-8-2015. |
| | KATHY WANG, EXAMINING ATTORNEY |



Michelle K. Lee
Director of the United States
Patent and Trademark Office