# Exhibit "3"

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "Agreement") is entered into and effective on this __ day of December, 2019, by Vida y Estilo Corp., ("VEC"), a Florida corporation with offices at 410 Española, Miami Beach, Florida 33139, and Oh! Mexico Bar and Grill, Inc. ("OMBG"), a Georgia corporation with its principal office address of 492 Jimmy Deloch Pkwy., Suite 103, Savannah, Georgia 31407.

WHEREAS the parties hereto, having conducted settlement negotiations, desire to resolve all the foregoing issues and the respective rights of the parties fully, completely and forever on the terms and conditions set forth herein:

1. **EFFECTIVE UPDATE AND CHANGE OF OMBG'S MENU.** Oh! Mexico Bar and Grill, Inc., agrees and consents to change and update all business menus no later than and within one (1) month upon the signing of this Agreement.

2. **REPLACEMENT BY OMBG OF STOREFRONT SIGN.** Oh! Mexico Bar and Grill, Inc., agrees and consents to change or replace its business' storefront sign no later than and within six (6) months upon the signing of this Agreement. In the event that Oh! Mexico Bar and Grill, Inc. is unable to comply with and change the storefront sign within the six (6) month period, Oh! Mexico Bar and Grill, Inc. agrees to pay $500 per every additional month as a licensing fee to not exceed longer than ten (10) months from the signing or effective date of this Agreement.

3. **CHANGE OF DIGITAL MARKETING MATERIALS BY OMBG.** Oh! Mexico Bar and Grill, Inc., agrees and consents to effectively changing all online

and digital marketing, including but not limited to Google ("www.google.com") and Yelp ("www.yelp.com"), no later than and within one (1) months upon the signing of this Agreement.

4. **INTERPRETATION**. This Agreement shall inure to the benefit of the parties, their officers, stockholders, agents, attorneys in fact and their respective successors and assigns. This Agreement shall be construed as if written by both parties equally so that no construction preference shall be extended to any party to this Agreement for any purpose at any time.

5. **TITLES**.   All bold-face type titles to paragraphs set forth herein are for convenience only and shall not be construed as part of the within Agreement, which shall be construed as if such bold-face type titles are not included.

6. **COMPLETE AGREEMENT.**   This Agreement and the documents and Agreement incorporated herein represent the entire Settlement Agreement of the parties, which shall not be amended except in a writing executed by all parties hereto. No party has any obligation to any other part to amend or to seek to amend all or any portion of this Agreement. Any deviation by any party from strict performance of the specific terms hereof shall not constitute an amendment of this agreement regardless of the amount of time such deviation may have been in place with or without objection, and no detrimental reliance upon the practice of such deviation shall be claimed by any party nor given effect by any court in any jurisdiction. No oral amendment of this Agreement shall be given any effect by any party or any court in any jurisdiction.

7. **BINDING EFFECT.** Each party represents to the other that the actual signatory Officer of this Agreement on behalf of each party hereto has been duly authorized by the respective signing corporation he is purporting to represent to enter into and execute the Agreement on behalf of the signatory party. This Agreement shall be binding upon the parties and their affiliates, and their successors and assigns.

IN WITNESS WHEREOF THE PARTIES BY THEIR AUTHORIZED OFFICERS HAVE EXECUTED AND AGREED TO THE TERMS HEREOF ON THE DATE FIRST STATED ABOVE:

Vida y Estilo Corp.

Héctor Hurtado, Managing Member

Oh! Mexico Bar and Grill, Inc.

Moises Vera

Agent for Oh! Mexico Bar and Grill, Inc.

Counsel for Vida y Estilo Corp.

Christian Sanchelima, Esq.

Counsel for Oh! Mexico Bar and Grill, Inc.

Bryan A. Schivera, Esq.

3